IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:10cv006

| | | |
|---|---|---|
| FRANCES W. CONE, Individually and as Personal Representative of the Estate of Remer E. Cone, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| STONEBRIDGE LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Report of the Mediator [Doc. 14], advising that this case has been completely settled.

In light of the parties' settlement, the Court will allow the parties until October 22, 2010 to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **October 22, 2010**.

**IT IS SO ORDERED.**

Signed: September 25, 2010

Martin Reidinger
United States District Judge